**National Sewing Machine Company, appellee, v. Walger Awning Company, appellant. Gen. No. 24,776.**

Action to recover for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 10, 1919.

Landon & Holt, for appellant; John B. Fruchtl, of counsel. Meyer Shapiro, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**Charles D. Gastfield, appellee, v. Alexander J. Johnson et al., Civil Service Commissioners of City of Chicago, appellants. Gen. No. 24,787.**

Mandamus for reinstatement of petitioner under Civil Service Act, to position of principal examiner. Judgment for petitioner. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Apellate Court at the October term, 1918. Reversed and remanded with directions. Opinion filed October 10, 1919.

Samuel A. Ettelson, for appellants; Roy S. Gaskill, of counsel. Miller, Starr, Brown, Packard & Peckham, for appellee; Thomas McCall, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

**In the matter of the estate of Erastus A. Barnes, deceased.**

**Maria P. Barnes, claimant, appellee, v. Mary C. Barnes, administratrix, appellant. Gen. No. 24,796.**

Claim against a decedent's estate for costs assessed by Appellate Court. Judgment for claimant. Appeal from the Circuit Court of Cook county; the Hon. J. C. Eagleton, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed October 10, 1919.

Henry W. Magee and E. W. Adkinson, for appellant. Oscar E. Leinen, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**John E. Traeger for use of Anton J. Cermak, bailiff, and Abraham Keeshin, appellees, v. Oscar Hendry and Caroline Seidel, appellants. Gen. No. 24,825.**

Action on replevin bond. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 10, 1919.

Charles E. Gruenberg, for appellants. H. J. Rosenberg and Benjamin E. Cohen, for appellees.

Mr. Justice Gridley delivered the opinion of the court.